**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____
**CARLOS PETERSON,**

              **Plaintiff,**            **5:13-cv-2
                                                        (GLS/ATB)**

        **v.**

**COUNTY OF ONONDAGA,**

              **Defendant.**
_____
**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Carlos Peterson
Pro Se
08-B-3052
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

**FOR THE DEFENDANT**
NO APPEARANCE[1]

**Gary L. Sharpe
Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Plaintiff *pro se* Carlos Peterson brings this action under 42 U.S.C. §

---

[1] Service on the defendant has not yet been permitted as this case comes to the court as part of the preliminary review under 28 U.S.C. § 1915.

1983, alleging his constitutional rights were violated by defendant County of Onondaga. (*See* Compl., Dkt. No. 1.) In a Report-Recommendation and Order (R&R) filed January 7, 2013, Magistrate Judge Andrew T. Baxter recommended that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).[2] (*See generally* R&R, Dkt. No. 5.) Pending are Peterson's objections to the R&R. (*See* Dkt. No. 6.) For the reasons that follow, the R&R is adopted in its entirety.

## II. Standard of Review

Before entering final judgment, this court routinely reviews all report-recommendation and orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations *de novo*. *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484GLS, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006). Where no party has filed an objection, only vague or general objections are made, or a party resubmits the same papers and arguments already considered by the magistrate judge, this court reviews the findings and

---

[2] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

recommendations of the magistrate judge for clear error. *See id.*, at *4-5.

### III. Discussion

Peterson's "objections" consist of statements attacking his underlying state court conviction. (*See* Dkt. No. 6 at 1-2.) While Peterson clearly believes the state proceedings were flawed, Judge Baxter found his Complaint had no basis in law or fact, (*see* R&R at 2-9), a point, with respect to at least the law, Peterson concedes, (*see* Dkt. No. 6 at 2). As such, Peterson's "objections" are insufficient to require a *de novo* review as there is no reference to an error by Judge Baxter. Having found no clear error in the R&R, the court accepts and adopts Judge Baxter's R&R in its entirety.

### IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Andrew T. Baxter's January 7, 2013 Report-Recommendation and Order (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Peterson's Complaint (Dkt. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties by mail and certified mail.

**IT IS SO ORDERED.**

February 25, 2013
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court